UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ROBERT A. SIEGEL AUCTION GALLERIES, :
INC., :
                                  Plaintiff, :      24 Civ. 5278 (LGS)
:
              -against- :      <u>ORDER</u>
:
DROEGE COMPUTING SERVICES, INC. d/b/a :
STAMP AUCTION NETWORK, :
                            Defendant. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated July 22, 2024, required the parties to file a proposed case management plan and joint letter by August 21, 2024, at 12:00 P.M.;

       WHEREAS, the initial pretrial conference is currently scheduled for August 28, 2024, at 4:00 P.M.;

       WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

       **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **August 26, 2024, at 12:00 P.M.**

Dated: August 22, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE